Certificate Number: 05781-AZ-DE-041236441

Bankruptcy Case Number: 26-05927



05781-AZ-DE-041236441

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>July 22, 2026</u>, at <u>12:27</u> o'clock <u>PM PDT</u>, <u>Nancy Hachtel</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the <u>District of Arizona</u>.

Date:   <u>July 22, 2026</u>          By:      <u>/s/Allison M Geving</u>

                                    Name:  <u>Allison M Geving</u>

                                    Title:   <u>President</u>